MELINDA HAAG (CABN 132612)
United States Attorney
J. DOUGLAS WILSON (DCBN 412811)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7000
   FAX: (415) 436-7009

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CLIFFORD DALE BERCOVICH and HOWARD WEBBER,<br><br>    Defendants. | No. CR-13-00662-RS<br><br>SUPPLEMENTAL STIPULATION |

    The United States and the defendant, Clifford Dale Bercovich, through undersigned counsel, hereby stipulate and agree as follows:

    1.    The United States is prepared to produce to defendant's counsel of record in this matter Memorandums of Interview Bates Nos. US15937 through US15973.

    2.    Defendant will not discuss the Memorandums of Interview, or the contents thereof, with any other individual except his counsel of record and defense team. Defendant's counsel of record may discuss the contents of the Memorandums of Interview for the purpose of preparing and evaluating the defense in this proceeding.

    3.    The documents described above shall not be copied at all unless copying is

STIPULATION
NO. CR-13-00662-RS    1

necessary for preparation of the defense in this proceeding.  No copy of the materials stated herein shall be in the possession of the defendant outside the presence of his counsel of record.

4. Any copy of the materials stated herein shall be accompanied by a copy of this Stipulation and Order.  No document or copy thereof shall be left with any defense witness.

5. Defendant's pretrial release conditions shall be amended to include defendant's compliance with this protective order, and appropriate sanctions may be imposed for any violation of this condition.

DATED: 11/21/2013

      /s/
CYNTHIA STIER
Assistant United States Attorney

DATED: 11/21/2013

      /s/
ED SWANSON
Counsel for Clifford Bercovich

DATED: 11/21/2013

      /s/
CLIFFORD BERCOVICH

ORDER

In light of the stipulation and agreement of the parties to this action, and good cause appearing therefor, it is HEREBY ORDERED that disclosure of the above-described information shall be restricted as set forth in Paragraphs 1 through 5 above.

DATED:  11/21/13

RICHARD SEEBORG
United States District Judge