Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant
CLIFFORD BERCOVICH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CLIFFORD BERCOVICH, <br><br> Defendant. | No. CR 13-662 RS <br><br> STIPULATION and [PROPOSED] ORDER TO ALTER BRIEFING SCHEDULE ON DEFENDANT'S PRETRIAL MOTIONS <br><br> Date: March 18, 2014 <br> Time: 2:30 p.m. <br> Court: The Honorable Richard Seeborg |

By Stipulation and Order filed by the Court on February 27, 2013, the briefing schedule and hearing date for defense motions has been continued. In order to coordinate the motions and hearing schedules for both defendants and to allow time for additional research, undersigned counsel requests the Court grant the same extension of briefing and hearing dates as had been ordered for the co-defendant.

Undersigned counsel stipulate as follows:

1. The government has no opposition to the request for additional time;

2. Accordingly, the parties stipulate that the briefing schedule for defendant's pretrial motions should be continued by two weeks, as follows:

3. Opening Brief Due: March 11, 2014

4. Response Due: March 25, 2014

5. Replies Due: April 1, 2014

*US v. Bercovich*, CR 13-662 RS
STIP BRIEFING SCHEDULE.

6. Hearing: April 8, 2014 at 2:30 p.m.

7. The parties further agree that the hearing date of March 18, 2014 shall be moved to April 8, 2014 at 2:30 p.m.

8. The parties also submit and agree that an exclusion of time under the Speedy Trial Act is needed for the entire period of time between today February 28, 2014 and March 11, 2014. The parties agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED.

DATED: February 28, 2014  _____/S/_____

EDWARD W. SWANSON

DATED: February 28, 2014  _____/S/_____

CYNTHIA STIER
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the briefing schedule suggested by the parties in the aforementioned stipulation is hereby adopted by this Court. The hearing date of March 18, 2014 shall be moved to April 8, 2014 at 2:30p.m. The Court further finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Denying the requested exclusion of time would deprive the defendant effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 2/28/14                    _____

　　　　　　　　　　　　　　THE HONORABLE RICHARD SEEBORG
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE