STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Email: elizabeth_falk@fd.org

Counsel for Defendant WEBBER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD WEBBER and CLIFFORD BERCOVICH<br><br>Defendants. | No. CR 13-0662 RS<br><br>**STIPULATION and [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**<br><br>Date: July 22, 2014<br>Time: 2:30 p.m.<br>Court: Hon. Richard Seeborg |

Undersigned counsel stipulate as follows:

1. A hearing was held on May 20, 2014. At the hearing, counsel for Mr. Webber requested additional time from the Court to conduct a preliminary competency evaluation by means of a licensed psychologist. She informed the Court that the selected doctor could visit Mr. Webber at the end of June, with a conclusion by the middle of July;

2. Based on these representations, the Court granted the requested continuance;

3. Defense counsel for Mr. Webber needs an additional week to receive a final opinion back from the psychologist regarding Mr. Webber's competence. Additionally, defense counsel notes that the government's appeal of this court's order on Mr. Bercovich's Motion to Dismiss effectively stays these proceedings.

She thus requests a week's continuance, to July 29, 2014, for the next status conference;

4. Accordingly, parties also submit and agree that an exclusion of time under the Speedy Trial Act is needed for the entire period of time between July 22, 2014 and July 29, 2014. The parties agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(1)(A) and (B)(iv).

IT IS SO STIPULATED.

DATED: July 18, 2014

                                      s/
ELIZABETH M. FALK
Assistant Federal Public Defender
Signed also on behalf of
EDWARD SWANSON, ESQ.
Counsel for Mr. Bercovich

DATED: July 18, 2014

                                      s/
CYNTHIA STIER
Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, the Court grants the requested continuance to July 29, 2014, for the next status conference, and also finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is warranted, as the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Denying the requested exclusion of time would deprive the defendant effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(1)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 7/21/14

RICHARD SEEBORG
United States District Judge