1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for CLIFFORD BERCOVICH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 13-0662 RS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |
| vs. | |
| CLIFFORD DALE BERCOVICH and HOWARD WEBBER, | Hearing Date:  September 22, 2015 |
| Defendants. | Hearing Time:   2:30 pm |
| | Court:  The Honorable Richard Seeborg |
| | Courtroom:  Three |

**STIPULATION**

The above-captioned case is scheduled for a status hearing before the Honorable Richard

Seeborg tomorrow, September 22, 2015, at 2:30 p.m.  The parties are scheduled to report to the

Court on the status of the government's appeal of the Court's June 3, 2014 order granting

defendants' motion to dismiss the aggravated identity counts.

1    On August 31, 2015, the United States Court of Appeals for the Ninth Circuit issued a

2 memorandum disposition reversing this Court's order and remanding the case for further

3 proceedings.  On September 14, 2015, defendants filed a motion requesting the Ninth Circuit

4 stay the issuance of the mandate pending the filing and disposition of a petition for certiorari.

5 Earlier today, the Ninth Circuit issued an order granting the motion.  As a result, no mandate will

6 issue from the Ninth Circuit until the petition for writ of certiorari has been addressed by the

7

8 Supreme Court.

9    Therefore, the parties HEREBY STIPULATE that the status hearing currently set for

10 September 22 be continued until November 17, 2015 at 2:30 p.m., at which time the parties will

11 report to the Court on the status of defendants' petition for certiorari.

12

13    IT IS SO STIPULATED.

14 Dated: September 21, 2015                        /s/
                                        Edward W. Swanson
15                                        SWANSON & McNAMARA LLP
                                        Attorney for Clifford Bercovich
16

17 Dated: September 21, 2015                        /s/
                                        Elizabeth Falk
18                                        Assistant Federal Public Defender
                                        Attorney for Howard Webber
19

20

21 Dated: September 21, 2015                        /s/
                                        Cynthia Stier
22                                        Assistant United States Attorney

23

24

25                        **ORDER**

26    Pursuant to stipulation, it is so ordered.

27 Dated:  9/21/15

                                        Hon. Richard Seeborg
28                                        United States District Court

2