Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for CLIFFORD BERCOVICH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CLIFFORD DALE BERCOVICH and HOWARD WEBBER,<br>        Defendants. | No. CR 13-0662 RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |

**STIPULATION**

  The above-captioned case is scheduled for a status hearing on November 17, 2015 at 2:30 p.m. The parties jointly request that the matter be continued to January 26, 2016.

  On August 31, 2015, the United States Court of Appeals for the Ninth Circuit issued a memorandum disposition reversing this Court's order dismissing the aggravated identity theft counts and remanding the case for further proceedings. On September 21, 2015, the Ninth

Circuit granted a motion to stay the mandate pending resolution of a petition for certiorari. On September 23, 2015, defendants filed a petition for certiorari. The government's current deadline to respond to the petition is November 25, 2015. Based on a review of the Supreme Court's calendar, it appears that the soonest possible distribution date for this case will be December 9, for conference on January 8, 2016. On that schedule, the parties anticipate a decision on the petition by mid-January.

Therefore, the parties HEREBY STIPULATE that the status hearing currently set for November 17 be continued until January 26, 2016, at 2:30 p.m., at which time the parties should be able to report to the Court on the resolution of the petition for certiorari. The parties further stipulate that time be excluded due to the pendency of an interlocutory appeal, pursuant to 18 U.S.C. § 3161(h)(1)(C).

IT IS SO STIPULATED.

Dated: November 12, 2015

/s/
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorney for Clifford Bercovich

Dated: November 12, 2015

/s/
Elizabeth Falk
Assistant Federal Public Defender
Attorney for Howard Webber

Dated: November 12, 2015

/s/
Cynthia Stier
Assistant United States Attorney

## ORDER

Pursuant to stipulation, it is so ordered.

Dated: 11/13/15

Hon. Richard Seeborg
United States District Court

2