Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for CLIFFORD BERCOVICH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>vs.<br><br>CLIFFORD DALE BERCOVICH,<br><br>                            Defendant. | No. CR 13-0662 RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING SENTENCING** |

Defendant Clifford Bercovich is scheduled to appear at 2:30 p.m. on April 11, 2017 for sentencing. Mr. Bercovich and the United States hereby stipulate and agree that the appearance should be continued in order to allow Mr. Bercovich time to gather additional materials relevant to sentencing.

///

The parties therefore request that sentencing be set for May 2, 2017 at ~~2:00 p.m.~~ 2:30 p.m.

IT IS SO STIPULATED.

Dated: March 1, 2017

/s/
Edward W. Swanson
August Gugelmann
SWANSON & McNAMARA LLP
Attorney for Clifford Bercovich

/s/
Gregory Bernstein
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  Sentencing is set for May 2, 2017 at ~~2:00~~ 2:30 p.m.

Dated: 3/2/17

Hon. Richard Seeborg
United States District Court