BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 22421)
Assistant United States Attorney

GREGORY BERNSTEIN (CABN 299204)
ARTHUR J. EWENCZYK (NYBN 5263785)
Trial Attorneys
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (202) 305-5202
    Fax: (415) 436-7009
    gregory.d.bernstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CLIFFORD BERCOVICH <br><br> Defendants. | CASE NO. CR-13-662-RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING OF DEFENDANT CLIFFORD BERCOVICH |

I.  **STIPULATION**

The United States and defendant Clifford Bercovich agree and jointly request that the Court continue Bercovich's sentencing hearing to May 30, 2017 at 2:30 p.m. The continuance is necessary for Bercovich's ongoing cooperation. Sentencing is currently scheduled for May 2, 2017 at 2:30 p.m.

Stipulated and Agreed to By:

Dated: April 11, 2017.  BRIAN J. STRETCH
United States Attorney

/s/
GREGORY BERNSTEIN
ARTHUR J. EWENCZYK
Trial Attorneys
WILLIAM FRENTZEN
Assistant U.S. Attorney

Attorneys for the United States

Dated: April 11, 2017.  /s/
EDWARD W. SWANSON
AUGUST GUGELMANN
Attorneys for Clifford Bercovich

Stipulation & [Proposed] Order
Continue Sentencing
No. CR-13-662-RS  2

**[~~PROPOSED~~] ORDER**

For the reasons stated above the Court hereby continues defendant Clifford Bercovich's sentencing hearing to May 30, 2017 at 2:30 p.m.

IT IS SO ORDERED.

Dated: 4/12/17

_____
HON. RICHARD SEEBORG
United States District Judge