Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for CLIFFORD BERCOVICH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CLIFFORD DALE BERCOVICH, <br><br> Defendant. | No. CR 13-0662 RS <br><br> **STIPULATION AND [PROPOSED] ORDER TO RESET SENTENCING DATE** |

Defendant Clifford Bercovich and the United States previously stipulated to continue Mr. Bercovich's sentencing to June 13, 2017 (Docket 365); the Court set it for hearing on June 20, 2017. Docket 366. Because counsel for Mr. Bercovich is not available on June 13, to accommodate the schedules of defense and government counsel, and after consultation with the

Court's clerk, the parties hereby stipulate and agree that sentencing should be set for June 12, 2017 at 2:00 p.m.

IT IS SO STIPULATED.

Dated: May 22, 2017

          /s/
Edward W. Swanson
August Gugelmann
SWANSON & McNAMARA LLP
Attorney for Clifford Bercovich

          /s/
Gregory Bernstein
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Sentencing is set for June 12, 2017 at 2:00 p.m.

Dated: 5/22/17

Hon. Richard Seeborg
United States District Court